| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR ~~2013~~ 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Blewitt, Thomas M. | 2. Court or Organization<br><br>United States District Court, Middle District of Pa. | 3. Date of Report<br>6/15/15<br>~~06/16/2014~~ |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-Time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☒ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/~~2013~~ 2014<br>to<br>~~12/31/2013~~<br>12/31/14    2014 |
| 7. Chambers or Office Address<br><br>235 North Washington Avenue<br>P.O. Box 443<br>Scranton PA 18501-0443 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director    *Same* | Friendship House |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bongiovanni, Tonianne J. | 2. Court or Organization<br><br>U.S. District Court, NJ | 3. Date of Report<br><br>07/21/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>402 East State Street<br>Trenton, NJ 08608 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Brisbois, Leo I. | 2. Court or Organization<br><br>District Court - Minnesota | 3. Date of Report<br><br>07/28/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>515 W. First St.<br>Room 412<br>Duluth, MN 55802 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | National Conference of Federal Trial Judges, Judicial Division, American Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME.. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/13-12/13 | PSERS - Pension     *Same* |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ~~New York Intellectual Property Law Association~~ | ~~3/22/2013~~ | ~~New York City, New York~~ | ~~Dinner~~ | ~~Transportation, Food, Lodging~~ |
| 2. | New York Intellectual Property Law Assoc | 3/22/14 (estimated) | New York City, NY | Dinner | Transportation, Food + Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 07/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | MEDICA; employee wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February, 2014 | Chicago, IL | Attend NCFTJ Exec. Committee 2014 Mid-Year Mtg. | Partial lodging and travel |
| 2. | American Bar Association | August, 2014 | Boston, MA | Attend NCFTJ Exec. Committee 2014 Annual Mtg. | Partial lodging and travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Seton Hall University, School of Law | $16,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 07/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 6/15/15 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Richard and Diane Welsh | Lodging in Nantucket, MA , *July 2014* | $1,000.00 |
| 2. ~~████████~~ | ~~████████~~ | ~~$1,500.00~~ |
| 3. ~~████████~~ | ~~████████~~ | ~~$2,000.00~~ |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae Servicing | Educational Loans (PLUS)    *Same* | L |
| 2. American Education Services | Educational Loans (PLUS) | K |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 6/15/15 ~~06/15/2014~~ |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Merrill Lynch (IRA) | | | | | | | | | |
| 2. Blackrock Global | A | Dividend | J | T | Buy *Sold* | 07/03/13 *01/24/14* | J | *A* | |
| 3. ▆▆▆▆▆ | | | ▆ | | ▆▆▆▆▆ | | | | |
| *Morgan Stanley* | | | | | | | | | |
| 4. Morgan Stanley Bank Money Market Fund | A | Interest | *K* | T | | 06/25/13 | ● | | ▆▆▆▆ |
| 5. *Bank Baroda NY CD* | | *Interest* K | *T* | | Buy | 07/22/14 | | | ▆▆▆▆ |
| 6. *Bank Baroda NYCD* | ▆ | *Interest* K | *T* | | Buy | 07/23/14 | | | |
| 7. *St Bk of India NY CD* | | *Interest* K | *T* | | Buy | 07/22/14 | | | |
| 8. ▆▆▆▆ | | ▆▆▆▆ | | | | | | | |
| 9. ▆▆▆▆ | | | | | | | | | |
| 10. ▆▆▆▆ | ▆▆▆▆ | | ▆▆▆ | | | | | | |
| 11. ▆▆▆▆ | | | | | ▆▆▆ | 08/13/13 | | | |
| 12. ▆▆▆▆ | ▆▆▆▆ | | | | ▆▆▆ | | | | |
| 13. ▆▆▆▆ | | | | | ▆▆▆ | | | | |
| 14. ▆▆▆▆ | ▆▆▆▆ | | | | ▆▆▆ | 07/03/13 | | | |
| 15. ▆▆▆▆ | | | | | ▆▆▆ | 08/08/13 | | *A* | |
| ▆▆▆▆ | ▆▆▆▆ | | | | ▆▆▆ | | | | |
| ▆▆▆▆ | | | | | ▆▆▆ | 09/03/13 | | *B* | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bongiovanni, Tonianne J. | 07/21/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PHX Oakhurst Balanced Fund | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 07/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo | A | Interest | K | T | | | | | |
| 2. TruStone Financial | A | Interest | M | T | | | | | |
| 3. US Analyst Strategy | | None | K | T | | | | | |
| 4. WT Mid Cap Opps | | None | K | T | | | | | |
| 5. Vang Inst Index Plus | | None | K | T | | | | | |
| 6. Main Stay Balanced Fund (Class 1) | | None | K | T | | | | | |
| 7. Fid Freedom K2030 | | None | L | T | | | | | |
| 8. Fid Freedom K2035 | | None | J | T | | | | | |
| 9. The Growth Fund of America-A | | None | J | T | | | | | |
| 10. The Investment Company of America -A | | None | J | T | | | | | |
| 11. Capital World Growth and Income Fund-A | | None | J | T | | | | | |
| 12. Invesco Charter Fund-B | A | Dividend | J | T | | | | | |
| 13. Invesco Mid Cap Core Equity Fund-B | A | Dividend | J | T | | | | | |
| 14. Invesco Charter Fund-A | B | Dividend | J | T | | | | | |
| 15. Invesco American Franchise Fund-A | A | Dividend | J | T | | | | | |
| 16. Invesco American Franchise Fund-B | A | Dividend | J | T | | | | | |
| 17. Invesco Global Growth Fund-A | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**Name of Person Reporting**

Blewitt, Thomas M.

**Date of Report**
6/15/15
~~06/19/2014~~

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*



| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▬▬▬ | ▬▬ | ▬▬▬ | | | ▬▬▬ | | | | |
| 19. ▬▬▬ | | | | | Sold ▬▬ | | | ℰ | |
| 20. ▬▬▬ | ▬ | Dividend | | | ▬▬ | | | | |
| 21. ▬▬▬ | | | | | Sold ▬▬ | | | | |
| 22. ▬▬▬ Ltd. | ▬ | | | | ▬▬ | | | | |
| 23. ▬▬▬ | | | | | Sold ▬▬ | | | | |
| ▬▬▬ | ▬ | | | | ▬▬ | | | | |
| ▬▬▬ | | | | | ▬▬ | | | | |
| ▬▬▬ | ▬ | Dividend | | | ▬▬ | | | | |
| ▬▬▬ | | | | | Sold 12/13/13 | | | ℰ | |
| ✱ Brokerage Account: | | | | | | | | | |
| 28. Apple, Inc. | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 29. Hollyfrontier Corp. | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 30. Freeport-McMoran Copper & Gold, Inc. | A | Dividend | J | T | Buy | 07/02/13 | J | | |
| 31. Arm Holdings, PLC | A | Dividend | J | T | Buy / Sold | 07/05/13 / 02/07/14 | J | B | |
| 32. Pfizer, Inc. | A | Dividend | J | T | Buy | 07/16/13 | J | | |
| 33. Facebook, Inc. | A | Dividend | J | T | Buy | 07/18/13 | J | | |
| 34. Ishares TR Barclays 20-yr. Treas Bond | A | ~~Dividend~~ Interest | J | T | Buy / Sold | 07/18/13 / 05/29/14 | J | A | |

1. Income Gain Codes: A =$1,000 or less / B =$1,001 - $2,500 / C =$2,501 - $5,000 / D =$5,001 - $15,000 / E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 / G =$100,001 - $1,000,000 / H1 =$1,000,001 - $5,000,000 / H2 =More than $5,000,000
2. Value Codes J =$15,000 or less / K =$15,001 - $50,000 / L =$50,001 - $100,000 / M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 / O =$500,001 - $1,000,000 / P1 =$1,000,001 - $5,000,000 / P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
3. Value Method Codes Q =Appraisal / R =Cost (Real Estate Only) / S =Assessment / T =Cash Market
(See Column C2) U =Book Value / V =Other / W =Estimated / N =More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Bongiovanni, Tonianne J. | 07/21/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Invesco Global Growth Fund-B | A | Dividend | J | T | | | | | |
| 19. Invesco Mid Cap Core Equity Fund-A | A | Dividend | J | T | | | | | |
| 20. Voya Retirement Conservative (A) - 1729 | | None | M | T | | | | | |
| 21. Schwab S&P 500 Index FD | | None | J | T | | | | | |
| 22. Fundamental Investors SM(F-1) (American Funds) - 7109 | | None | K | T | | | | | |
| 23. Voya Russell TM Large Cap Value Index Portfolio (S)-2711 | | None | J | T | | | | | |
| 24. Fidelity Advisor New Insights Fund (T)-2170 | | None | K | T | | | | | |
| 25. VY Baron Growth Portfolio - Adviser Class-442 | | None | J | T | | | | | |
| 26. VY JP Morgan Mid-Cap Value Portfolio (A)-441 | | None | J | T | | | | | |
| 27. Voya Russell TM Small Cap Index Portfolio (A)-1502 | | None | J | T | | | | | |
| 28. EuroPacific Growth Fund (F-1) (American Funds)-2035 | | None | J | T | | | | | |
| 29. VY Templeton Foreign Equity Portfolio (A)-1587 | | None | J | T | | | | | |
| 30. Voya Intermediate Bond Portfolio (A)-8479 | | None | J | T | | | | | |
| 31. Loomis Sayles Strategic Income Fund - Class A-1938 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 6/15/15 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | – Vale SA | A | Dividend | ● | ● | Buy / Sold | 07/18/13 / 10/29/14 | J | A | |
| 36. | – Templeton Global Bond Fund Adv | A | ~~Dividend~~ Interest | ● | ● | Buy / Sold | 07/18/13 / 05/27/14 | K / K | A | |
| ✓ 37. | – Blackrock Kelso Cap Corp. | A | Interest | ● | T | Buy / (partial) Sold | 07/22/13 / 07/16/14 | J / J | B | |
| 38. | – Blackrock Kelso Cap Corp | | | | | Buy / Sold | 08/13/13 / 07/16/14 | J / J | B | |
| 39. | – SPDR Bar Cap ST High Yield Bond FD ETF | A | ~~Dividend~~ Interest | ● | ● | Buy / Sold | 07/22/13 / 02/26/14 | J / J | A | |
| 40. | – Vringo, Inc. | A | Dividend | ● | ● | Buy / Sold | 08/05/13 / 06/25/14 | J / J | D | |
| 41. | – Seagate Technology PLC | A | Dividend | ● | ● | Buy / Sold | 08/05/13 / 01/28/14 | J / J | B | |
| 42. | – HCP, Inc. | A | Dividend | ● | ● | Buy / Sold | 08/30/13 / 02/24/14 | J / J | A | |
| ✓ 43. | – Cincinnati Financial Corp. | A | Dividend | J | T | Buy | 09/09/13 | J | | |
| ✓ 44. | – AT&T Inc. | A | Dividend | J | T | Buy | 09/11/13 | J | | |
| 45. | – CVR Refining, LP | A | Dividend | ● | ● | Buy / Sold | 09/12/13 / 08/25/14 | J / J | B | |
| ✓ 46. | – General Electric Co. | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 47. | – Splunk, Inc. | A | Dividend | ● | ● | Buy / Sold | 10/25/13 / 10/17/14 | K / K | C | |
| 48. | – Ishares MSCI Japan | A | Dividend | ● | ● | Buy / Sold | 11/01/13 / 06/16/14 | J / J | A | |
| ✓ 49. | – Pacira Pharmaceuticals Inc. | A | Dividend | K | T | Buy | 12/10/13 | K | | |
| 50. | – Rackspace | A | Dividend | ● | ● | Buy / Sold | 12/17/13 / 01/22/14 | J / J | A | |
| ✓ 51. | – Piedmont Office Realty Trust, Inc. | A | Dividend | J | T | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 20, 23, 25-27, 29-30 - Changes only reflect name change in 2014 of account manager from ING U.S., Inc. to Voya Financial, Inc.

Part VII, Lines 12-19, column B(1) & (2) - changes reflect Self-Initiated Amendment

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tonianne J. Bongiovanni**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 6/15/15 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Airlines | A | DIV | ● | ● | Buy | 10/13/14 | J | | |
| 53. " " | | | | | Sold | 10/23/14 | J | C | |
| 54. Calumet Specialty, Products | A | DIV | ● | ● | Buy | 03/18/14 | J | | |
| 55. " " | | | | | Sold | 09/05/14 | J | A | |
| 56. General Motors | A | DIV | ● | ● | Buy | 02/10/14 | K | ● | |
| 57. " " | | | | | Sold | 10/24/14 | K | A | |
| 58. ProShare Bloomberg Natrl Gas | A | DIV | ● | ● | Buy | 04/17/14 | J | | |
| 59. " " " | | | | | Sold | 05/12/14 | J | B | |
| 60. IShares Silver Trust " | A | DIV | ● | ● | Buy | 03/13/14 | K | | |
| 61. " " | ● | | ● | ● | Sold | 11/18/14 | K | A | |
| 62. Cytosorbents Corp | A | DIV | J | J | Buy | 02/27/14 | J | | |
| 63. WP Carey, Inc | A | DIV | K | T | Buy | 06/13/14 | K | | |
| 64. NRG Energy | A | DIV | J | T | Buy | 05/30/14 | J | | |
| 65. Fireeye Inc | A | DIV | J | T | Buy | 06/03/14 | J | | |
| 66. Fireeye Inc | A | DIV | J | T | Buy | 10/06/14 | J | | |
| 67. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 6/15/15 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. mobileye NV Amstelveen ORD SHS | A | DIV | J. | T | Buy | 10/16/14 | J | | |
| 2. Solarcity Corp | A | DIV | J | T | Buy | 10/22/14 | J | | |
| 3. Sunedison Inc | A | DIV | J. | T | Buy | 10/22/14 | J | | |
| 4. SLM Corp | A | DIV | J | T | Buy | 11/05/14 | J | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 6 /15/15 ~~05/19/2014~~ |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Section VII, partial funds were moved from Morgan Stanley Money Market into Brokerage Account. In Section VII, Line 4, Column D(1), the Type of transaction is "Transfer (partial)"

This report cannot be submitted online because:
1) I (Thomas M. Blewitt) Retired at the beginning of this year (2015)
2) As such, I do not have my secretary nor my gov't computer, which has my ~~2013~~ 2014 FD Reports.
3) I cannot download the software necessary to complete this year's report, since I have a Macbook Yosemite OS (which is not compatible)

Please accept this handwritten report -

| Name of Person Reporting | Date of Report |
|---|---|
| Blewitt, Thomas M. | 6/15/15 ~~08/15/2014~~ |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Thomas M. Blewitt

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544